# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

CARLOS BOYLAND, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                           Case No. 2:19-cv-02594

MID-SOUTH TRANSPORTATION
MANAGEMENT, INC.,

    Defendant.

---

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

---

The parties jointly move for the entry of the attached consent order conditionally certifying this FLSA collective action case. The parties also seek the Court's approval of the exhibits attached to the consent order.

In support of this motion, the parties submit, for the Court's review and consideration:

Exhibit A:    Proposed Consent Order

Exhibit B:    Proposed Court Approved Notice

Based on the foregoing, the parties respectfully request that the Court grant this joint motion. By consenting to conditional certification, Defendant does not waive its right to later seek decertification of the collective action.

Respectfully submitted,


/s/ William B. Ryan
William B. Ryan – TN Bar #20269
Janelle C. Osowski – TN Bar #31359
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: 901-278-1004
Fax: 901-278-3111
Email:  billy@donatilaw.com
          janelle@donatilaw.com

and

Rachhana T. Srey – MN Bar #340133
(admitted generally to the W.D. Tenn.)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Fax: 612-338-4878
Email:  srey@nka.com

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE COLLECTIVE ACTION

&

/s/Justin R. Barnes
Justin R. Barnes – TN Bar #32519
Jay A. Ebelhar – TN Bar #22770
William R. Moseley – GA Bar #526508
(admitted *pro hac vice*)
JACKSON LEWIS P.C.
171 17th Street NW, Ste. 1200
Atlanta, GA 30363
Telephone: 404-525-8200
Fax: 404-525-1173
Email:  justin.barnes@jacksonlewis.com

ATTORNEYS FOR DEFENDANT

Dated: 12.20.19

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been served via the court's ECF system on Justin R. Barnes, Jay A. Ebelhar and William R. Moseley, Jackson Lewis P.C., 171 17th Street NW, Ste. 1200, Atlanta, GA 30363 on December 20, 2019.

/s/William B. Ryan