Exhibit A

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

CARLOS BOYLAND, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                       Case No. 2:19-cv-02594

MID-SOUTH TRANSPORTATION
MANAGEMENT, INC.,

    Defendant.

---

## CONSENT ORDER CONDITIONALLY
## CERTIFYING CASE AS FLSA COLLECTIVE ACTION

---

BY AGREEMENT AND CONSENT of the parties, the Court hereby orders:

1. That this case, brought under the Fair Labor Standards Act (FLSA), is conditionally certified as a collective action under 29 U.S.C. § 216(b);

2. That Defendant will provide Plaintiffs, within ten (10) days of the entry of this Consent Order, a list of names, last known addresses, and the last four digits of their Social Security numbers for all bus operators who were paid pursuant to the terms in the Collective Bargaining Agreement[1] ("CBA") (excluding paratransit operators) and who performed work as bus operators for Defendant between January 1, 2017 and the present;

---

[1] The current Collective Bargaining Agreement is Contract No. 46 between Mid-South Transportation Management, Inc. and Amalgamated Transit Union Local 713, July 1, 2017 thru June 30, 2020. Contract No. 45 applies to the time period September 7, 2014 to June 30, 2017.

Exhibit A

3. That the attached agreed court approved notice (Exhibit A) and opt-in Plaintiff consent form (Exhibit B) will be sent to all bus operators identified in the list produced by Defendant pursuant to Paragraph 2 of this Order except those who have already joined this lawsuit;

4. That Plaintiff will mail the court approved notice on or before ten (10) days after Defendant produces the list of bus operators to Plaintiff, and that the opt-in period will run for forty-five (45) days from mailing; and

5. That the opt-in Plaintiffs' consent forms will be deemed "filed" for purposes of this Order on the date they are postmarked as long as the consent forms are filed with the Court within ten (10) days after they are postmarked;

_____
U.S. District Court Judge

Date:_____

Exhibit A

**APPROVED FOR ENTRY:**

/s/ William B. Ryan
William B. Ryan – TN Bar #20269
Janelle C. Osowski – TN Bar #31359
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: 901-278-1004
Fax: 901-278-3111
Email: billy@donatilaw.com
       janelle@donatilaw.com

and

Rachhana T. Srey – MN Bar #340133
(admitted generally to the W.D. Tenn.)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Fax: 612-338-4878
Email: srey@nka.com

ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE COLLECTIVE ACTION

&

/s/Justin R. Barnes
Justin R. Barnes – TN Bar #32519
Jay A. Ebelhar – TN Bar #22770
William R. Moseley – GA Bar #526508
(admitted *pro hac vice*)
JACKSON LEWIS P.C.
171 17th Street NW, Ste. 1200
Atlanta, GA 30363
Telephone: 404-525-8200
Fax: 404-525-1173
Email: justin.barnes@jacksonlewis.com

ATTORNEYS FOR DEFENDANT