# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| CARLOS BOYLAND, individually and on behalf of all others similarly situated, | Case No. 2:19-cv-02594 |
| Plaintiff, | |
| | **NOTICE OF WITHDRAWAL FROM LAWSUIT** |
| v. | |
| MID-SOUTH TRANSPORTATION MANAGEMENT, INC., | |
| Defendant. | |

---

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Plaintiff's Withdrawal Form (s) for the following person:

Tracy Abercrombie

Dated: September 2, 2020

Respectfully submitted,

*/s/ Rachhana T. Srey*
Rachhana T. Srey – MN Bar #340133
Caroline E. Bressman – MN Bar #040013
(admitted generally to the W.D. Tenn.)
NICHOLS KASTER, PLLC
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Fax: 612-338-4878
srey@nka.com
cbressman@nka.com

&

>William B. Ryan – TN Bar #20269
>Janelle C. Osowski – TN Bar #31359
>DONATI LAW, PLLC
>1545 Union Avenue
>Memphis, TN 38104
>Telephone: 901-278-1004
>
>Fax: 901-278-3111
>billy@donatilawfirm.com
>janelle@donatilaw.com
>
>ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served via the court's ECF system on the following:

Justin R. Barnes, Esq.
William R. Moseley, Esq.
Jay A. Ebelhar, Esq.
Jackson Lewis P.C.
171 17th Street NW, Ste. 1200
Atlanta, GA, 30363
ATTORNEYS FOR DEFENDANT

/*s/Rachhana T. Srey*