# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

CARLOS BOYLAND, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

MID-SOUTH TRANSPORTATION

MANAGEMENT, INC.,

    Defendant.

Case No. 2:19-cv-02594

**PLAINTIFF WITHDRAWAL
FROM LAWSUIT**

---

I hereby revoke my Plaintiff Consent Form and withdraw as a Plaintiff from the above-mentioned lawsuit involving claims against Defendant for violations of the Fair Labor Standards Act, 29 U.S.C.§ 201 <u>et. seq</u>.

I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon filing my Plaintiff Consent Form with the Court, will begin to run again upon my withdrawal. I understand that my claims may be barred by the passage of time and that it is advisable that if I intend to further pursue this matter I should contact another attorney immediately.

Date: 09/01/2020

Signature: *[signed]*

Print Name: Tracy Abercrombie